# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

VINCENT C. LEWIS,

        Petitioner,

v.                                       Case No. 05-C-504

GREG GRAMS,

        Respondent.

## ORDER

Plaintiff has moved for an order to release the amount of the appeal filing fee from his release account. In support of his motion, plaintiff cites *Spence v. McCaughtry*, 46 F. Supp. 2d 861 (E.D. Wis. 1999), which held that release accounts are trust accounts within the meaning of 28 U.S.C. § 1915(b)(1). In accordance with the court's Order of August 2, 2005,

**IT IS ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from petitioner's "release account" or "release savings account" the $255.00 balance of the appeal filing fee, in accordance with 28 U.S.C. § 1915(b)(1). The payment shall be forwarded to the clerk of this court and clearly identified by the case name and the number assigned to this action.

Dated this __15th__ day of August, 2005.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge